UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80879-CIV-MIDDLEBROOKS/JOHNSON

KENYATTA L. THOMAS,

    Plaintiff,

v.

STEPHENS & MICHAELS ASSOCIATES, INC.,

    Defendant.
_____/

## ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice (DE 11) ("Stipulation"), filed on October 19, 2011. Federal Rule of Civil Procedure 41(a) indicates that a plaintiff may voluntarily dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). Additionally, the Rule states that the dismissal is without prejudice unless the stipulation states otherwise. FED. R. CIV. P. 41(a)(1)(B). The Stipulation is signed by both parties to this action, and clearly indicates that the dismissal is to be with prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** with each party to bear its own costs and fees except as otherwise agreed by the parties. All pending motions are **DENIED AS MOOT**. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 20 day of October, 2011.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record